**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM S. MATHY, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>CHASE MANHATTAN BANK, U.S.A., N.A., a Delaware Corporaton; CHASE CARD MEMBER SERVICE; CREDITORS INTERCHANGE and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. EDCV 08-571-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:  May 18, 2009

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge