GEORGE G. WEICKHARDT (SBN 58586)
gweickhardt@rmkb.com
WENDY C. KROG (SBN 257010)
wkrog@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

JS-6

Attorneys for Counterclaimant
CHASE BANK USA, N.A. (sued herein erroneously as CHASE MANHATTEN BANK U.S.A., N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JIM S. MATHY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTEN BANK, U.S.A., N.A., a Delaware Corporation; CHASE CARD MEMBER SERVICE; CREDITORS INTERCHANGE and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>CHASE BANK USA, N.A.,<br><br>Counterclaimant,<br><br>v.<br><br>JIM S. MATHY,<br><br>Counterdefendant. | Case No. EDCV08-00571 VAP (AJWx)<br><br>**JUDGMENT** |

This matter having come on for trial before the Honorable Virginia A. Phillips, and the Court having issued its Memorandum Opinion and Findings of

Fact & Conclusions of Law on October 26, 2009, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is hereby entered in favor of counterclaimant Chase Bank USA, N.A. and against counter-defendant Jim S. Mathy on counterclaimant's breach of contract claim in the amount of $41,080.49, plus interest at the rate of 29.99% per annum from July 31, 2007 through October 31, 2009 in the amount of $27,720.00, for a total amount of $68,800.49;

2. Counterclaimant Chase Bank USA, N.A. shall recover its reasonable attorneys fees in prosecuting and trying its counterclaim, as determined by the Court on counterclaimant's motion for attorneys fees, which it shall file within 14 days after the entry of this judgment; and

3. Counterclaimant Chase Bank USA, N.A. shall recover its taxable costs.

Dated: November 18, 2009

_____
HON. VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA